UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------ X
SPORTS INVEST US, LLC,                           :
                                                 :
                Plaintiff,       :     **RULE 7.1 CORPORATE DISCLOSURE**
                                                 :     **STATEMENT**
  -against-                                     :
                                                 :     Civil Action No.:
WASSERMAN,                                       :
                                                 :
                Defendants.     :
                                                 :
------------------------------------------------ X

As required by Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wasserman ("Wasserman") states that it is a Limited Liability Corporation organized under the laws of Delaware with its principal place of business in Los Angeles, California.

As further required by Rule 7.1 of the Federal Rules of Civil Procedure, Wasserman states that it has no parent corporation and no publicly held corporation owns 10% or more of Wasserman.

Dated: October 6, 2022
       Rochester, New York

                                      By: /s/ *Kevin T. Saunders*
                                          Kevin T. Saunders
                                          **NIXON PEABODY LLP**
                                          ATTY. I.D. 329393
                                          1300 Clinton Square
                                          Rochester, New York 14604
                                          (585) 263-1561
                                          ksaunders@nixonpeabody.com
                                          *Attorneys for Defendant Wasserman*

                                          Carlos Becerra (*Pro Hac Vice forthcoming*)
                                          David M. Prager (*Pro Hac Vice forthcoming*)
                                          Brock Seraphin (*Pro Hac Vice forthcoming*)
                                          **NIXON PEABODY LLP**
                                          300 S. Grand Avenue, Suite 4100
                                          Los Angeles, CA 90071-3151
                                          (213) 629.6000
                                          cbecerra@nixonpeabody.com
                                          dprager@nixonpeabody.com
                                          bseraphin@nixonpeabody.com

4892-4216-0438.2