UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------ X
SPORTS INVEST US, LLC,                           :
                                                 :
                        Plaintiff,   :   **AFFIDAVIT OF SERVICE**
                                                 :
    -against-                                  :   Civil Action No.:
                                                 :
WASSERMAN,                                       :
                                                 :
                        Defendants.  :
                                                 :
------------------------------------------------ X

      Alexandra Pinto, being duly sworn, deposes and says that I am not a party to this action, am over 18 years of age, and that on October 6, 2022, I caused a true copy of Defendant Wasserman Media Group LLC's Civil Cover Sheet, Notice of Removal, Designation Form, the Declaration of David Prager, the Declaration of Ryan Murray, the Declaration of Anthony Argiropoulos, the Declaration of Kevin Saunders and accompanying State Court Documents (Exhibit A), and a Corporate Disclosure Statement, in the above-captioned action to be served, via overnight delivery and e-email upon:

Roger M. Gold
Steven A. Friedman
Colin R. Jennings
Squire Patton Boggs
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Roger.gold@squirepb.com
Colin.jennings@squirepb.com
Steven.friedman@squirepb.com

Peter H. LeVan, Jr.
LeVan Muhic Stapleton LLC
One Liberty Place
1650 Market Street, Suite 360
Philadelphia, PA 19103
plevan@levanmuhic.com

Sworn to before me this *ATTACHED*
6th day of October, 2022.

_____
Notary Public

_____
Alexandra Pinto

4874-7199-6727.1


**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of LOS ANGELES

Subscribed and sworn to ~~(or affirmed)~~ before me on this 6TH day of OCTOBER, 20 22, by

(1) ALEXANDRA PINTO

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

MARIA A. PACHECO
Notary Public - California
Los Angeles County
Commission # 2290563
My Comm. Expires Jun 25, 2023

Seal
Place Notary Seal Above

─────────── **OPTIONAL** ───────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: AFFIDAVIT OF SERVICE  Document Date: 10-06-2022
Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5910